# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Andrew Gutter and<br>LaToya Gutter | Case No. 10-45317 |
| Debtor. | Honorable Bruce W. Black |

## NOTICE OF MOTION

TO:   See attached Service List

On October 30, 2015, at 10:00 a.m., I shall appear before Bankruptcy Judge Bruce W. Black, Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, Illinois 60432, or in his absence, before such other Bankruptcy Judge as may be presiding in his place and stead, and shall then and there present the attached Motion to Extend Time to Respond to Notice of Payment of Final Mortgage Cure Under Rule 302.1(f) filed by JPMorgan Chase Bank, National Association, at which time and place you may appear if you so see fit.

> HEAVNER, BEYERS & MIHLAR, LLC
> Attorneys at Law
> Heather M. Giannino (ARDC #6299848)
> 111 East Main Street
> Post Office Box 740
> Decatur, Illinois 62525-0740
> (217) 422-1719

STATE OF ILLINOIS
COUNTY OF MACON

I, Heather M. Giannino, an attorney, being first duly sworn upon oath, depose and state that I have served the above and foregoing Notice, together with all required papers, upon the above-named parties, as to the Trustee and Debtors' attorneys via electronic notice on October 21, 2015, and as to the Debtors by placing same in an envelope addressed as shown above, and depositing same First Class Mail, postage prepaid in the United States mailbox at Decatur, Illinois 62523 this 21st day of October, 2015.

> /s/ Heather M. Giannino
> Heather M. Giannino

-2-

## Service List

**Service By Mail:**

Andrew Gutter
3433 Ronald Road
Crete, IL 60417

LaToya Gutter
3433 Ronald Road
Crete, IL 60417

**Service By Electronic Notification Through ECF:**

John P. Carlin
Change & Carlin
1305 Remmington Road; Suite C
Schaumburg, IL 60173

David Chang
Chang & Carlin, LLP
1305 Remington Road; Suite C
Schaumburg, IL 60173

Glenn B. Stearns
801 Warrenville Road, Suite 650
Lisle, IL 60532

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Andrew Gutter and LaToya Gutter | Case No. 10-45317 |
| Debtor(s). | Honorable Bruce W. Black |

### MOTION TO EXTEND TIME TO RESPOND TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)

NOW COMES, JPMorgan Chase Bank, National Association, (hereinafter "JPMorgan"), by and through its attorneys, Heavner, Beyers & Mihlar, LLC, states as follows:

1. On October 10, 2010, the Debtors filed Chapter 13 bankruptcy.
2. On October 9, 2015, the Trustee filed a Notice of Payment of Final Mortgage Cure Under Rule 3002.1(f), (hereinafter "Notice").
3. The deadline to respond to the Notice is October 30, 2015.
4. JPMorgan requests an additional twenty-one (21) days to file its response to the Notice.

WHEREFORE, JPMorgan Chase Bank, National Association, respectfully requests and prays that the Court enter an Order granting JPMorgan Chase Bank, National Association, through and including November 20, 2015, to respond to the Trustee's Notice of Payment Final Mortgage Cure under Rule 3002.1(f) and prays for such additional relief as the Court deems appropriate.

JPMorgan Chase Bank, National Association,

By: __/s/ Heather M. Giannino__
One of its attorneys

HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
Heather M. Giannino (ARDC #6299848)
111 East Main Street
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719